ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § **SEALED** |
| | § |
| v. | § **FILED UNDER SEAL** |
| | § |
| PRINCE CHIEMELA NWANKUDU (1) | § 3-12CR-010-K |
| ECHEZONA CHUKS NWAJAGU (2) | § |

INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Commit Mail Fraud
(Violation of 18 U.S.C. § 1349 (18 U.S.C. § 1341))

At all times material to the Indictment:

1. Beginning in or about March 2007, the exact date being unknown to the Grand Jury, and continuing thereafter until through at least March 2008, in the Dallas Division of the Northern District of Texas, and elsewhere, defendants **Prince Chiemela Nwankudu** and **Echezona Chuks Nwajagu** did knowingly and willfully combine, conspire, confederate, and agree with each other to commit the offense of mail fraud, in violation of 18 U.S.C. § 1341, by mailing matter and causing another person to mail matter through the United States Postal Service and private commercial interstate carriers, for the purpose of executing and attempting to execute a scheme and artifice to defraud and to obtain money and property from another, by means of materially false and fraudulent pretenses, representations, and promises.

2. It was part of the conspiracy and joint scheme and artifice to defraud that:

  a. On or about December 5, 2007, **Nwankudu** knowingly caused a materially false and fraudulent loan application for a mortgage loan to purchase 2904 Fairway Drive, Cedar Hill, Texas, to be submitted to CitiMortgage.  **Nwankudu** knew at the time the loan application was submitted that it contained material misstatements, including misstatements regarding the employment, income, assets, and intention to occupy the property of E.B., the loan applicant, a person known to the Grand Jury.

  b. On or about December 5, 2007, as a result of the false statements on the loan application and other documents, CitiMortgage approved a mortgage loan in the amount of $630,000 to fund E.B.'s purchase of 2904 Fairway Drive, Cedar Hill, Texas.

  c. On or about December 6, 2007, LandAmerica Commonwealth Title of Dallas, Inc. wired $94,949.36 to Account No. xxxxxxxx5582 at Bank of America, which is an account controlled by **Nwajagu**, for "upgrades" to the 2904 Fairway Drive property on the basis of a fake invoice that was submitted to the title company.

  d. On or about December 7, 2007, **Nwajagu** wired $37,500 from Account No. xxxxxxxx5582 at Bank of America to Account No. xxxxxxxx0932 at Bank of America, which is an account controlled by **Nwankudu**.

  e. On or about December 7, 2007, **Nwajugu** withdrew $50,000 from Account No. xxxxxxxx5582 at Bank of America in the form of cash.

All in violation of 18 U.S.C. § 1349 (18 U.S.C. § 1341).

Count Two
Mail Fraud
(Violation of 18 U.S.C. § 1341)

1. The Grand Jury realleges and incorporates by reference all of the allegations set forth in Count One to this Indictment as though fully set forth herein.

2. On or about December 5, 2007, in the Dallas Division of the Northern District of Texas, defendants **Prince Chiemela Nwankudu** and **Echezona Chuks Nwajagu**, aided and abetted by one another and by others known and unknown to the Grand Jury, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud, and to obtain money by means of false and fraudulent pretenses, representations, and promises, knowingly caused to be delivered by the United States Postal Service and private commercial interstate carriers, according to the directions thereon, an envelope containing loan documents relating to the purchase of residential property located at 2904 Fairway Drive, Cedar Hill, Texas, from LandAmerica Commonwealth Title of Dallas, Inc. in Dallas, Texas, to CitiMortgage in O'Fallon, Missouri.

All in violation of 18 U.S.C. § 1341.

FORFEITURE NOTICE
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

In accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction for the offense alleged in Count Two of this Indictment, defendants **Prince Chiemela Nwankudu** and **Echezona Chuks Nwajagu** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the respective offense.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
J. NICHOLAS BUNCH
Assistant United States Attorney
Texas Bar No. 24050352
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8836
Facsimile: 214.767.4100
Email: nick.bunch@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

PRINCE CHIEMELA NWANKUDU (01)
ECHEZONA CHUKS NWAJAGU (02)

SEALED INDICTMENT

18 U.S.C. § 1349 (18 U.S.C. § 1341)
Conspiracy to Commit Mail Fraud

18 U.S.C. § 1341
Mail Fraud

18 U.S.C. § 981(a)(1)( C) and 28 U.S.C. § 2461(c)
FORFEITURE NOTICE
2 Counts

A true bill rendered

_____  *Andrea L. Pugh*
DALLAS                                                FOREPERSON

Filed in open court this_____ day of January, 2012

_____
                                                       Clerk
No Warrant to Issue
_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE
Magistrate Case Pending 3:11-MJ-591

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**ORIGINAL SEALED**

**Related Case Information**

Superseding Indictment: __Yes _X_ No
New Defendant: _X_ Yes ___No
Pending CR Case in NDTX: ___Yes _X_ No (If yes, CR#:)
Search Warrant Case Number: _____
Rule 20 from District of: _____
Magistrate Case Number: 3-11-MJ-591

1. **Defendant Information**

    Juvenile: ☐ Yes ☒ No

    Matter to be sealed: ☒ Yes ☐ No

    Defendant Name: **ECHEZONA CHUKS NWAJAGU (2)**
    Alias Name: _____
    Address: _____

    **3-12CR-010-K**

    County in which offense was committed: Dallas

2. **U.S. Attorney Information**

    J. NICHOLAS BUNCH    Bar # 24050352

    *RECEIVED JAN - 4 2012 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS*

3. **Interpreter**

    ☐ Yes ☒ No

    If Yes, list language and/or dialect: _____

4. **Location Status WARRANT TO ISSUE**

    ☒ Already in Federal Custody
    ☐ Already in State Custody
    ☐ On Pretrial Release

5. **U.S.C. Citations**

    Total # of Counts as to This Defendant: 2    ☐ Petty  ☐ Misdemeanor  ☒ Felony

    | Citation | Description of Offense Charged | Count(s) |
    |---|---|---|
    | 18 U.S.C. § 1349 (18 U.S.C. § 1341) | Conspiracy to Commit Mail Fraud | 1 |
    | 18 U.S.C. § 1341 | Mail Fraud | 2 |
    | 18 U.S.C. § 981(a)(1)( C) and 28 U.S.C. § 2461(c) | FORFEITURE NOTICE | |

    Date 01-03-2012    Signature of AUSA: [signature]

*Criminal Case Cover Sheet*     Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**ORIGINAL** — **SEALED**

### Related Case Information
- Superseding Indictment: __Yes  _X_ No
- New Defendant: _X_ Yes  ___ No
- Pending CR Case in NDTX: ___ Yes  _X_ No (If yes, CR #:)
- Search Warrant Case Number: _____
- Rule 20 from District of: _____
- Magistrate Case Number: 3-11-MJ-591

## 1. Defendant Information

Juvenile: ☐ Yes ☒ No

Matter to be sealed: ☒ Yes ☐ No

- **Defendant Name:** PRINCE CHIEMELA NWANKUDU (1)
- **Alias Name:**
- **Address:**

**3-12CR-010-K**

County in which offense was committed: Dallas

## 2. U.S. Attorney Information

J. NICHOLAS BUNCH     Bar # 24050352

**RECEIVED JAN - 4 2012** — CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS

## 3. Interpreter

☐ Yes ☒ No

If Yes, list language and/or dialect: _____

## 4. Location Status NO WARRANT TO ISSUE

- ☒ Already in Federal Custody
- ☐ Already in State Custody
- ☐ On Pretrial Release

## 5. U.S.C. Citations

Total # of Counts as to This Defendant: 2    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. § 1349 (18 U.S.C. § 1341) | Conspiracy to Commit Mail Fraud | 1 |
| 18 U.S.C. § 1341 | Mail Fraud | 2 |
| 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | FORFEITURE NOTICE | |

Date: 01-03-2012     Signature of AUSA: [signature]